# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNSON CONTROLS TECHNOLOGY COMPANY, | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 20-521-MN<br>) |
| v. | ) JURY TRIAL DEMANDED<br>) |
| BUILDINGIQ, INC., | )<br>)<br>) |
| Defendant. | ) |

## [PROPOSED] ORDER

WHEREAS, the Court having considered Richards, Layton & Finger's Motion for Permission to Withdraw as Counsel (the "Motion"),

IT IS HEREBY ORDERED this _____ day of _____, 2021, that the Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

RLF1 25360192v.1